# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **LASSITER, TIDWELL, DAVIS, KELLER & HOGAN, PLLC** ) ) ) | |
| **v.** ) ) | **Case No. 3:10-0919** <br> **JUDGE SHARP** |
| **PLAYGROUND PERFORMANCES, INC.,** ) <br> **et al.,** ) | |

## **O R D E R**

Pursuant to the Notice of Dismissal (Docket Entry No. 47) filed by the plaintiff, this action is hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE